AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.

Troyanosky Jones Jr.

_____
Defendant

)
)
)
)
)
)
)

Case No.  8: 26-mj- 2192-AAS

RECEIVED U.S. MARSHALS
2026 JUN 5 PM 12:12

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Troyanosky Jones Jr.                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1704, possession of a stolen USPS key, and 18 U.S.C. § 1708, possession of stolen United States mail.

Date:      06/05/2026                                          _____
                                                                              *Issuing officer's signature*

City and state:      Tampa, Florida                              U.S. Magistrate Judge Amanda A. Sansone
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  6/5/26 , and the person was arrested on *(date)*  6/5/26  at *(city and state)*  Tampa, FL . |
| Date:  6/5/26 |

_____
*Arresting officer's signature*

For USPS    Jeff R. Cobb, CIDUSM
*Printed name and title*