**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:26-mj-2192-AAS | DATE: | June 5, 2026 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | N/A |
| v. | | **GOVERNMENT COUNSEL** Karyna Valdes | |
| TROYANOSKY JONES, JR. | | **DEFENSE COUNSEL** Ryan Maguire | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 2:29 PM – 3:06 PM | **TOTAL:** 37 Minutes | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE**

Defendant present.

Defendant was provided with a copy of the complaint.

The Court advises Defendant of their Rule 5 rights and charges.

Oral Order of Due Process.

Financial affidavit filed.

Oral motion for counsel. Motion granted, and the Court appoints the Public Defender's Office.

Preliminary hearing waived

**Detention:**

Government: Seeking detention. Proffer made by counsel.

Defendant: Seeks release from custody. Proffer made by counsel.

Court: The court ordered the defendant released with the conditions set forth in the order of release.