## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **v.**                           **Case No. 8: 26-MJ-2192-AAS-1**

**TROYANOSKY JONES, JR.**

_____/

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Troyanosky Jones, Jr., in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant.

DATED this 8th day of June 2026.

                                      Respectfully submitted,

                                      CHARLES L. PRITCHARD, JR.
                                      FEDERAL PUBLIC DEFENDER

                                      */s/ Ryan J. Maguire*
                                      Ryan J. Maguire,
                                      Assistant Federal Defender
                                      Florida Bar No. 117534
                                      400 North Tampa St. Suite 2700
                                      Tampa, FL 33602
                                      Telephone: (813) 228-2715
                                      Facsimile: (813) 228-2562
                                      Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender